EDWIN H. WILLIAMS, as Executor of MARY J. L. WILLIAMS, Deceased, Respondent, v. HERMAN L. SWEET et al., Appellants.

*Williams* v. *Sweet*, 140 App. Div. 941, affirmed.
(Argued January 30, 1913; decided February 14, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1910, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a promissory note defended on the ground of usury.

*Edwin C. Baker* for appellants.

*Timothy Curtin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.